IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEB WHITEWOOD, et. al., | : | 1:13cv1861 |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| THOMAS W. CORBETT, et. al., | : | |
| Defendants | : | |

## ORDER
July 23, 2013

It is hereby ORDERED as follows:

1. The case management conference has been scheduled for September 30, 2013, at a time to be announced.

2. Plaintiff's counsel shall arrange for the conference call. **Chamber's telephone number is (717)221-3986.**

3. All counsel shall be ready to proceed when my office is contacted.

4. Counsel are directed to this Court's Calendar as attached hereto. **All dates on the Joint Case Management Plan shall be strictly in accordance with those set forth thereon.**

                s/John E. Jones III
                John E. Jones III
                United States District Judge

## Judge Jones
## 2014 Court Calendar

| Trial List | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 7/30/13 | 9/2/13 | 12/2/13 | 1/3/14 |
| February | 8/30/13 | 10/1/13 | 1/2/14 | 2/4/14 |
| March | 9/27/13 | 11/1/13 | 2/3/14 | 3/4/14 |
| April | 10/31/13 | 12/2/13 | 3/3/14 | 4/2/14 |
| May | 11/29/13 | 1/1/14 | 4/1/14 | 5/2/14 |
| June | 12/31/13 | 2/3/14 | 5/1/14 | 6/3/14 |
| July | 1/31/14 | 3/3/14 | 6/2/14 | 7/2/14 |
| August | 2/28/14 | 4/1/14 | 7/1/14 | 8/4/14 |
| September | 3/31/14 | 5/1/14 | 8/1/14 | 9/3/14 |
| October | 4/30/14 | 6/2/14 | 9/2/14 | 10/2/14 |
| November | 5/30/14 | 7/1/14 | 10/1/14 | 11/4/14 |
| December | 6/30/14 | 8/1/14 | 11/3/14 | 12/2/14 |

**Case Management Conferences:**

1/30/14
2/28/14
3/31/14
4/30/14
5/30/14
6/30/14
7/30/14
8/29/14
9/30/14
10/31/14
11/26/14
12/30/14

## Judge Jones
## 2015 Court Calendar

| Trial List | Discovery Cut-off | Dispositive Motions Cut-off | Final Pre-Trial Conferences | Jury Selection |
|---|---|---|---|---|
| January | 7/30/14 | 9/1/14 | 12/1/14 | 1/5/15 |
| February | 8/29/14 | 10/1/14 | 1/2/15 | 2/3/15 |
| March | 9/30/14 | 11/3/14 | 2/2/15 | 3/3/15 |
| April | 10/31/14 | 12/1/14 | 3/2/15 | 4/2/15 |
| May | 11/28/14 | 1/1/15 | 4/1/15 | 5/5/15 |
| June | 12/31/14 | 2/3/15 | 5/4/15 | 6/2/15 |
| July | 1/30/15 | 3/3/15 | 6/1/15 | 7/2/15 |
| August | 2/27/15 | 4/1/15 | 7/1/15 | 8/4/15 |
| September | 3/31/15 | 5/1/15 | 8/3/15 | 9/3/15 |
| October | 4/30/15 | 6/1/15 | 9/1/15 | 10/2/15 |
| November | 5/29/15 | 7/1/15 | 10/1/15 | 11/3/15 |
| December | 6/30/15 | 8/3/15 | 11/2/15 | 12/2/15 |

**Case Management Conferences:**

1/29/15
2/27/15
3/31/15
4/30/15
5/29/15
6/30/15
7/31/15
8/31/15
9/30/15
10/30/15
11/30/15
12/30/15