**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DEB WHITEWOOD and SUSAN WHITEWOOD; FREDIA HURDLE and LYNN HURDLE; EDWIN HILL and DAVID PALMER; HEATHER POEHLER and KATH POEHIER; FERNANDO CHANG-MUY and LEN RIESER; DAWN PLUMMER and DIANA POLSON; ANGELA GILLEM and GAIL LLOYD; HELENA MILLER and DARA RASPBERRY; RON GEBHARDTSBAUER and GREG WRIGHT; MARLA CATTERMOLE and JULIA LOBUR; MAUREEN HENNESSEY; and A.W. and K.W., minor children, by and through their parents and next friends, DEB WHITEWOOD and SUSAN WHITEWOOD,

**Plaintiffs,**

v. **No. 13-cv-01861-JEJ**

THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania; MICHAEL WOLF, in his official capacity Pennsylvania Secretary of Health; KATHLEEN KANE, in her official capacity as Attorney General of Pennsylvania; MARY JO POKNIS, in her official capacity as Register of Wills of Washington County; and DONALD PETRILLE, JR., in his official capacity as Register of Wills and Clerk of Orphans' Court of Bucks County,

**Defendants.**

**STIPULATION**

The parties hereby stipulate, subject to the approval of the Court under Fed. R. Civ. P. 6(b)(1), that the time for each Defendant to respond to the Complaint for Declaratory and Injunctive Relief filed and served in the above-captioned matter be extended to Monday, September 16, 2013.

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By: ______________________
Mark A. Aronchick
John S. Stapleton
Dylan J. Steinberg
Rebecca S. Melley
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
maronchick@hangley.com
jstapleton@hangley.com
dsteinberg@hangley.com
rmelley@hangley.com

*Counsel for Plaintiffs*

JAMES G. SCHULTZ
General Counsel

By: ______________________
Gregory E. Dunlap
Executive Deputy General Counsel
(PA ID No. 38785)

Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
(717) 787-9336
gdunlap@pa.gov

*Counsel for Defendants Corbett and Wolf*

KATHLEEN G. KANE
Attorney General

By: s/M. Abbegael Giunta
M. Abbegael Giunta
Deputy Attorney General

Gregory R. Neuhauser
Chief Deputy Attorney General

Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120
(717) 787-1179
mgiunta@attorneygeneral.gov

*Counsel for Defendant Kane*

SWARTZ CAMPBELL LLC

By:____________________________
Robert Grimm

4750 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 560-3267
rgrimm@swartzcampbell.com

*Counsel for Defendant Poknis*

DONALD PETRILLE, JR.
Register of Wills and Clerk of
Orphans' Court of Bucks County

By:__________________________________
Donald Petrille, Jr.
Register of Wills & Clerk of Orphans' Court
(*Pro se*)

Bucks County Courthouse
55 East Court Street
3rd Floor, Administration Building
Doylestown, PA 18901
(215) 348-6261
registerofwills@co.bucks.pa.us

KATHLEEN G. KANE
Attorney General

By:_______________________
M. Abbegael Giunta
Deputy Attorney General

Gregory R. Neuhauser
Chief Deputy Attorney General

Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120
(717) 787-1179
mgiunta@attorneygeneral.gov

*Counsel for Defendant Kane*

SWARTZ CAMPBELL LLC

By: Robert Grimm /TJJ/
Robert Grimm

4750 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 560-3267
rgrimm@swartzcampbell.com

*Counsel for Defendant Poknis*

DONALD PETRILLE, JR.
Register of Wills and Clerk of
Orphans' Court of Bucks County

By:_______________________
Donald Petrille, Jr.
Register of Wills & Clerk of Orphans' Court
(*Pro se*)

Bucks County Courthouse
55 East Court Street
3rd Floor, Administration Building
Doylestown, PA 18901
(215) 348-6261
registerofwills@co.bucks.pa.us

KATHLEEN G. KANE
Attorney General

By:________________________
M. Abbegael Giunta
Deputy Attorney General

Gregory R. Neuhauser
Chief Deputy Attorney General

Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120
(717) 787-1179
mgiunta@attorneygeneral.gov

*Counsel for Defendant Kane*

SWARTZ CAMPBELL LLC

By:____________________________
Robert Grimm

4750 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 560-3267
rgrimm@swartzcampbell.com

*Counsel for Defendant Poknis*

DONALD PETRILLE, JR.
Register of Wills and Clerk of
Orphans' Court of Bucks County

By:________________________
Donald Petrille, Jr.
Register of Wills & Clerk of Orphans' Court
(*Pro se*)

Bucks County Courthouse
55 East Court Street
3rd Floor, Administration Building
Doylestown, PA 18901
(215) 348-6261
registerofwills@co.bucks.pa.us

APPROVED:

______________________________

John E. Jones III, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DEB WHITEWOOD and SUSAN WHITEWOOD; FREDIA HURDLE and LYNN HURDLE; EDWIN HILL and DAVID PALMER; HEATHER POEHLER and KATH POEHIER; FERNANDO CHANG-MUY and LEN RIESER; DAWN PLUMMER and DIANA POLSON; ANGELA GILLEM and GAIL LLOYD; HELENA MILLER and DARA RASPBERRY; RON GEBHARDTSBAUER and GREG WRIGHT; MARLA CATTERMOLE and JULIA LOBUR; MAUREEN HENNESSEY; and A.W. and K.W., minor children, by and through their parents and next friends, DEB WHITEWOOD and SUSAN WHITEWOOD,

**Plaintiffs,**

v.

**No. 13-cv-01861-JEJ**

THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania; MICHAEL WOLF, in his official capacity as Pennsylvania Secretary of Health; KATHLEEN KANE, in her official capacity as Attorney General of Pennsylvania; MARY JO POKNIS, in her official capacity as Register of Wills of Washington County; and DONALD PETRILLE, JR., in his official capacity as Register of Wills and Clerk of Orphans' Court of Bucks County,

**Defendants.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I have caused a true and correct copy of the foregoing document, to be served upon the following persons via first class mail, postage prepaid:

Mark A. Aronchick, Esquire
John S. Stapleton, Esquire
Dylan J. Steinberg, Esquire
Rebecca S. Melley, Esquire
Hangley, Aronchick, Segal, Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103
*Counsel for Plaintiffs*

Robert Grimm, Esquire
Swartz Campbell LLC
4750 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219
*Counsel for Defendant Poknis*

James D. Esseks, Esquire
Leslie Cooper, Esquire
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Counsel for Plaintiffs*

Seth F. Kreimer, Esquire
3400 Chestnut Street
Philadelphia, PA 19144
*Counsel for Plaintiffs*

M. Abbegael Giunta, Deputy Attorney General
Gregory R. Neuhauser, Chief Deputy Attorney General
Office of Attorney General
Strawberry Square, 15th Floor

Harrisburg, PA 17120
*Counsel for Defendant Kane*

Donald Petrille, Jr.
Register of Wills & Clerk of Orphans' Court of Bucks County
Bucks County Courthouse
55 East Court Street
3rd Floor, Administration Building
Doylestown, PA 18901
*Pro Se*

Mary Catherine Roper, Esquire
Molly M. Tack-Hooper, Esquire
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106
*Counsel for Plaintiffs*

Witold J. Walczak, Esquire
American Civil Liberties Union of PA
313 Atwood Street
Pittsburgh, PA 15213
*Counsel for Plaintiffs*

**Date: July 29, 2013**

Gregory E. Dunlap
Executive Deputy General Counsel
PA Id. No. 38785

Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
Tel: (717) 787-9336
Fax: (717) 787-1788

*Counsel for Defendants Corbett and Wolf*