## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEB WHITEWOOD and SUSAN                    :
WHITEWOOD; FREDIA HURDLE and LYNN          :
HURDLE; EDWIN HILL and DAVID               :
PALMER; HEATHER POEHLER and KATH           :
POEHIER; FERNANDO CHANG-MUY and            :
LEN RIESER; DAWN PLUMMER and DIANA         :
POLSON; ANGELA GILLEM and GAIL             :
LLOYD; HELENA MILLER and DARA              :
RASPBERRY; RON GEBHARDTSBAUER and          :
GREG WRIGHT; MARLA CATTERMOLE and          :
JULIA LOBUR; MAUREEN HENNESSEY;            :
and A.W. and K.W., minor children, by and  :
through their parents and next friends, DEB :
WHITEWOOD and SUSAN WHITEWOOD,             :
                                           :
            **Plaintiffs,**                :
                                           :
        v.                                 :        **No. 13-cv-01861-JEJ**
                                           :
THOMAS W. CORBETT, in his official         :
capacity as Governor of Pennsylvania;      :
MICHAEL WOLF, in his official capacity     :
Pennsylvania Secretary of Health;          :
KATHLEEN KANE, in her official capacity    :
as Attorney General of Pennsylvania;       :
MARY JO POKNIS, in her official capacity as :
Register of Wills of Washington County; and :
DONALD PETRILLE, JR., in his official      :
capacity as Register of Wills and Clerk of :
Orphans' Court of Bucks County,            :
                                           :
            **Defendants.**                :

## STIPULATION

The parties hereby stipulate, subject to the approval of the Court under Fed. R. Civ. P. 6(b)(1), that the time for each Defendant to respond to the Complaint for Declaratory and Injunctive Relief filed and served in the above-captioned matter be extended to Monday, September 16, 2013.

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By: _____
Mark A. Aronchick
John S. Stapleton
Dylan J. Steinberg
Rebecca S. Melley
One Logan Square, 27th Floor
Philadelphia, PA  19103
(215) 568-6200
maronchick@hangley.com
jstapleton@hangley.com
dsteinberg@hangley.com
rmelley@hangley.com

*Counsel for Plaintiffs*

JAMES G. SCHULTZ
General Counsel

By: _____
Gregory E. Dunlap
Executive Deputy General Counsel
(PA ID No. 38785)

Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101
(717) 787-9336
gdunlap@pa.gov

*Counsel for Defendants Corbett and Wolf*

2

KATHLEEN G. KANE                           SWARTZ CAMPBELL LLC
Attorney General

By: *s/M. Abbegael Giunta*                 By:_____
   M. Abbegael Giunta                         Robert Grimm
   Deputy Attorney General

   Gregory R. Neuhauser
   Chief Deputy Attorney General

   Office of Attorney General              4750 US Steel Tower
   Strawberry Square, 15th Floor           600 Grant Street
   Harrisburg, PA  17120                   Pittsburgh, PA  15219
   (717) 787-1179                          (412) 560-3267
   mgiunta@attorneygeneral.gov             rgrimm@swartzcampbell.com

   *Counsel for Defendant Kane*            *Counsel for Defendant Poknis*

---

DONALD PETRILLE, JR.
Register of Wills and Clerk of
Orphans' Court of Bucks County


By:_____
   Donald Petrille, Jr.
   Register of Wills & Clerk of Orphans' Court
   (*Pro se*)

   Bucks County Courthouse
   55 East Court Street
   3rd Floor, Administration Building
   Doylestown, PA  18901
   (215) 348-6261
   registerofwills@co.bucks.pa.us

KATHLEEN G. KANE
Attorney General

By:_____
    M. Abbegael Giunta
    Deputy Attorney General

    Gregory R. Neuhauser
    Chief Deputy Attorney General

    Office of Attorney General
    Strawberry Square, 15th Floor
    Harrisburg, PA  17120
    (717) 787-1179
    mgiunta@attorneygeneral.gov

*Counsel for Defendant Kane*

SWARTZ CAMPBELL LLC

By: *Robert Grimm /TLL/*
    Robert Grimm

    4750 US Steel Tower
    600 Grant Street
    Pittsburgh, PA  15219
    (412) 560-3267
    rgrimm@swartzcampbell.com

*Counsel for Defendant Poknis*

DONALD PETRILLE, JR.
Register of Wills and Clerk of
Orphans' Court of Bucks County

By:_____
    Donald Petrille, Jr.
    Register of Wills & Clerk of Orphans' Court
    (*Pro se*)

    Bucks County Courthouse
    55 East Court Street
    3rd Floor, Administration Building
    Doylestown, PA  18901
    (215) 348-6261
    registerofwills@co.bucks.pa.us

3

KATHLEEN G. KANE                    SWARTZ CAMPBELL LLC
Attorney General


By:_____          By:_____
      M. Abbegael Giunta                 Robert Grimm
      Deputy Attorney General

      Gregory R. Neuhauser
      Chief Deputy Attorney General

      Office of Attorney General          4750 US Steel Tower
      Strawberry Square, 15th Floor       600 Grant Street
      Harrisburg, PA  17120               Pittsburgh, PA  15219
      (717) 787-1179                      (412) 560-3267
      mgiunta@attorneygeneral.gov         rgrimm@swartzcampbell.com

      *Counsel for Defendant Kane*        *Counsel for Defendant Poknis*

---

                    DONALD PETRILLE, JR.
                  Register of Wills and Clerk of
                  Orphans' Court of Bucks County


By:_____
      Donald Petrille, Jr.
      Register of Wills & Clerk of Orphans' Court
      (*Pro se*)

      Bucks County Courthouse
      55 East Court Street
      3rd Floor, Administration Building
      Doylestown, PA  18901
      (215) 348-6261
      registerofwills@co.bucks.pa.us

APPROVED:

John E. Jones III, J.

4