IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEB WHITEWOOD, et al., | : | 1:13-cv-1861 |
| | : | |
| Plaintiffs, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| THOMAS W. CORBETT, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

### August 5, 2013

In view of the number of attorneys of record in this matter as well as the issues presented, the Court shall conduct an in-person case management conference on September 30, 2013 at 1:30 p.m.[1] The telephonic case management conference that had been scheduled by prior Order for September 30, 2013 at 9:00 a.m. is accordingly cancelled.

John E. Jones III
United States District Judge

---

[1] The Court is aware that the parties have stipulated to an extension of the Defendants' time to answer until September 16, 2013. Thus, if the parties need additional time and wish to be placed on the Court's October 2013 case management conference date, they shall notify the Court via filing of a letter on the docket.