IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEB WHITEWOOD and SUSAN WHITEWOOD, FREDIA HURDLE and LYNN HURDLE, EDWIN HILL and DAVID PALMER, HEATHER POEHLER and KATH POEHLER, FERNANDO CHANG-MUY and LEN RIESER, DAWN PLUMMER and DIANA POLSON, ANGELA GILLEM and GAIL LLOYD, HELENA MILLER and DARA RASPBERRY, RON GEBHARDTSBAUER and GREG WRIGHT, MARLA CATTERMOLE and JULIA LOBUR, MAUREEN HENNESSY, and A.W. AND K.W., minor children, by and through their parents and next friends, DEB WHITEWOOD and SUSAN WHITEWOOD, <br><br>　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania; MICHAEL WOLF, in his official capacity as Secretary of the Pennsylvania Department of Health; KATHLEEN KANE, in her official capacity as Attorney General of Pennsylvania; MARY JO POKNIS, in her official capacity as Register of Wills of Washington County; and DONALD PETRILLE, JR., in his official capacity as Register of Wills and Clerk of Orphans' Court of Bucks County, <br><br>　　　　　　　　　Defendants. | Civil Action <br><br> No. 13-cv-01861-JEJ |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly Enter the Appearance of William H. Lamb and Lamb McErlane PC on behalf of Defendant Thomas W. Corbett, in his official capacity as Governor of Pennsylvania and

Defendant Michael Wolf, in his official capacity as Secretary of the Pennsylvania Department of Health, in the above captioned matter.

                                              **LAMB McERLANE PC**

By: /s/William H. Lamb
     William H. Lamb, Esquire
     Attorney I.D. No. 04927
     24 East Market Street
     P.O. Box 565
     West Chester, PA  19381

## CERTIFICATE OF SERVICE

The undersigned do hereby certify that a true and correct copy of the within Notice of Appearance was served via electronically, to the following counsel on the 5th day of September, 2013:

> Mark A. Aronchick, Esquire
> John S. Stapleton, Esquire
> Dylan. Steinberg, Esquire
> Rebecca S. Melley, Esquire
> Hangley Aronchick, Segal, Pudlin & Schiller
> One Logan Square, 27th Floor
> Philadelphia, PA 19103
> Counsel for Plaintiffs

> Robert Grimm, Esquire
> Thomas J. Jezewski, Esquire
> Swartz Campbell LLC
> 4750 US Steel Tower
> 600 Grant Street
> Pittsburgh, PA 15219
> Counsel for Defendant Poknis

> James D. Esseks, Esquire
> Leslie Cooper, Esquire
> American Civil Liberties Union Foundation
> 125 Broad Street, 18th Floor
> New York, NY 10004
> Counsel for Plaintiffs

> Seth F. Kreimer, Esquire
> 3400 Chestnut Street
> Philadelphia, PA 19144
> Counsel for Plaintiffs

> M. Abbegael Giunta, Deputy Attorney General
> Gregory R. Neuhauser, Chief Deputy Attorney General
> Office of Attorney General
> Strawberry Square, 15th Floor
> Harrisburg, PA 17120
> Counsel for Defendant Kane

> Mary Catherine Roper, Esquire
> Molly M. Tack-Hooper, Esquire

American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106
Counsel for Plaintiffs

Witold J. Walczak, Esquire
American Civil Liberties Union of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
Counsel for Plaintiffs

Nathan D. Fox, Esquire
Begley Carlin & Mandio LLP
680 Middletown Blvd.
Langhorne, PA 19047
Counsel for Defendant Petrille

**LAMB McERLANE PC**

By: /s/William H. Lamb
William H. Lamb, Esquire
Attorney I.D. No. 04927
24 East Market Street
P.O. Box 565
West Chester, PA 19381