# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| DEB WHITEWOOD, et al., | ) |
|         Plaintiffs, | ) Case No. 13-cv-01861-JEJ |
| | ) (Honorable John E. Jones, III) |
|         v. | ) |
| THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania, et al., | ) |
|         Defendants. | ) |

## STIPULATION

The parties hereby stipulate, subject to the approval of the Court under Fed R. Civ. P. 6(b)(1) as follows:

1. The time for each Defendant to respond to the Complaint for Declaratory and Injunctive Relief filed and served in the above-captioned matter shall be extended to Monday, September 30, 2013.

2. If any Defendant files any motion in response to the Complaint, any brief in support of the motion shall be filed no later than October 7, 2013.

| HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER | LAMB McERLANE, P.C. |
|---|---|
| By: __s/John S. Stapleton_____ | By: _s/William H. Lamb_____ |
| Mark A. Aronchick | William H. Lamb |
| John S. Stapleton | 24 E. Market St., P.O. Box 565 |
| Dylan J. Steinberg | West Chester, PA 19381 |
| Rebecca S. Melley | (610) 430-8000 |
| One Logan Square, 27th Fl. | wlamb@lambmcerlane.com |
| Philadelphia, PA 19103 | |
| (215) 568-6200 | |
| maronchick@hangley.com | *Counsel for Defendants Corbett* |
| jstapleton@hangley.com | *and Wolf* |
| dsteinberg@hangley.com | |
| rmelley@hangley.com | |

James D. Esseks
Leslie Cooper
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY  10004
(212) 549-2500
jesseks@aclu.org
lcooper@aclu.org

Witold J. Walczak
ACLU FOUNDATION OF PENNSYLVANIA
313 Atwood Street
Pittsburgh, PA  15213
(412) 681-7736
vwalczak@aclupa.org

Mary Catherine Roper
Molly Tack-Hooper
ACLU FOUNDATION OF PENNSYLVANIA
P.O. Box 40008

Philadelphia, PA 19106
(215) 592-1513
mroper@aclupa.org
mtack-hooper@aclupa.org

Seth F. Kreimer
3400 Chestnut St.
Philadelphia, Pa. 19104
(215) 898-7447
skreimer@law.upenn.edu

*Counsel for Plaintiffs*

| KATHLEEN G. KANE<br>Attorney General | SWARTZ CAMPBELL LLC |
|---|---|
| By: *s/M. Abbegael Giunta*<br>M. Abbegael Giunta<br>Deputy Attorney General<br>Gregory R. Neuhaser<br>Chief Deputy Attorney General<br>Office of Attorney General<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120<br>(717) 787-1179<br>mgiunta@attorneygeneral.gov | By: *s/Robert J. Grimm*_____<br>Robert J. Grimm<br>Thomas J. Jezewski<br>4750 US Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 560-3267<br>rgrimm@swartzcampbell.com<br>tjezewski@swartzcampbell.com |
| *Counsel for Defendant Kane* | *Counsel for Defendant Poknis* |

BEGLEY, CARLIN & MANDIO, LLP


By: s/ *Nathan D. Fox*
    Nathan D. Fox
    680 Middletown Boulevard
    Langhorne, PA 19047
    (215) 750-0110
    nfox@begleycarlin.com

    *Counsel for Defendant Petrille*

**APPROVED:**

_____
John E. Jones III, J.

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, I electronically transmitted the foregoing document to the Clerk of the Court for filing using the Court's electronic filing system (CM/ECF). I further certify that all parties in this case are registered CM/ECF users and will be served by the CM.ECF system.

s/ *Nathan D. Fox*
Nathan D. Fox
