## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | | |
|---|---|---|
| DEB WHITEWOOD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 13-cv-01861-JEJ |
| | ) | (Honorable John E. Jones, III) |
| v. | ) | |
| | ) | |
| THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

The parties hereby stipulate, subject to the approval of the Court under Fed R. Civ. P. 6(b)(1) as follows:

1.    The time for each Defendant to respond to the Complaint for Declaratory and Injunctive Relief filed and served in the above-captioned matter shall be extended to Monday, September 30, 2013.

2.    If any Defendant files any motion in response to the Complaint, any brief in support of the motion shall be filed no later than October 7, 2013.

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

LAMB McERLANE, P.C.

By: _s/John S. Stapleton_____
    Mark A. Aronchick
    John S. Stapleton
    Dylan J. Steinberg
    Rebecca S. Melley
    One Logan Square, 27th Fl.
    Philadelphia, PA 19103
    (215) 568-6200
    maronchick@hangley.com
    jstapleton@hangley.com
    dsteinberg@hangley.com
    rmelley@hangley.com

By: _s/William H. Lamb_____
    William H. Lamb
    24 E. Market St., P.O. Box 565
    West Chester, PA 19381
    (610) 430-8000
    wlamb@lambmcerlane.com

*Counsel for Defendants Corbett and Wolf*

James D. Esseks
Leslie Cooper
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY  10004
(212) 549-2500
jesseks@aclu.org
lcooper@aclu.org

Witold J. Walczak
ACLU FOUNDATION OF PENNSYLVANIA
313 Atwood Street
Pittsburgh, PA  15213
(412) 681-7736
vwalczak@aclupa.org

Mary Catherine Roper
Molly Tack-Hooper
ACLU FOUNDATION OF PENNSYLVANIA
P.O. Box 40008

{00663460/}

2

Philadelphia, PA 19106
(215) 592-1513
mroper@aclupa.org
mtack-hooper@aclupa.org

Seth F. Kreimer
3400 Chestnut St.
Philadelphia, Pa. 19104
(215) 898-7447
skreimer@law.upenn.edu

*Counsel for Plaintiffs*

KATHLEEN G. KANE                    SWARTZ CAMPBELL LLC
Attorney General


By: ___*s/M. Abbegael Giunta*___     By: ___s/Robert J. Grimm_____
    M. Abbegael Giunta                     Robert J. Grimm
    Deputy Attorney General                Thomas J. Jezewski
    Gregory R. Neuhaser                    4750 US Steel Tower
    Chief Deputy Attorney General          600 Grant Street
    Office of Attorney General             Pittsburgh, PA 15219
    Strawberry Square, 15th Floor          (412) 560-3267
    Harrisburg, PA 17120                   rgrimm@swartzcampbell.com
    (717) 787-1179                         tjezewski@swartzcampbell.com
    mgiunta@attorneygeneral.gov

*Counsel for Defendant Kane*        *Counsel for Defendant Poknis*

BEGLEY, CARLIN & MANDIO, LLP


By: s/ *Nathan D. Fox*
     Nathan D. Fox
     680 Middletown Boulevard
     Langhorne, PA 19047
     (215) 750-0110
     nfox@begleycarlin.com

     *Counsel for Defendant Petrille*

**APPROVED:**

_____
John E. Jones III, J.