# LAMB | McERLANE PC

## ATTORNEYS AT LAW

Hon. William H. Lamb
Telephone: 610-430-8000
Facsimile: 610-692-0877
Email: wlamb@lambmcerlane.com

September 17, 2013

**Via Electronically on CM/ECF**
The Honorable John E. Jones, III
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17101

      **Re:**   *Whitewood, et al. v. Corbett, et al.*
             **No: 1:13-cv-1861**

Dear Judge Jones:

Our firm recently entered its appearance on behalf of Governor Thomas W. Corbett and Secretary of Health Michael Wolf in the above-captioned case. We have met with counsel with regard to the joint case management proposal and are working diligently to prepare for the case management conference scheduled before Your Honor on September 30, 2013.

The purpose of my letter is to inform the Court that I will not be able to attend a conference on that date (I will be flying home from Europe that morning) and to respectfully request that Your Honor continue the conference and reschedule it to a later date.

We have conferred with counsel on this issue and can represent that October 9, 2013, is an alternate date on which all counsel are available. If Your Honor also is available then, we would greatly appreciate it if the Court would move the conference to that date.

Thank you, Your Honor, in advance for your courtesies. I sincerely apologize for any inconvenience this scheduling issue may cause.

Respectfully,

**LAMB McERLANE PC**

William H. Lamb

WHL/ceo
cc:   Mark A. Aronchick, Esquire
      John  S. Stapleton, Esquire
      Dylan Steinberg, Esquire

The Honorable John E. Jones, III
September 17, 2013
Page 2

Rebecca S. Melley, Esquire
Robert Grimm, Esquire
Thomas J. Jezewski, Esquire
James D. Esseks, Esquire
Leslie Cooper, Esquire
Seth F. Kreimer, Esquire
M. Abbegael Giunta, Deputy Attorney General
Gregory R. Neuhauser, Chief Deputy Attorney General
Mary Catherine Roper, Esquire
Molly M. Tack-Hooper, Esquire
Witold J. Walczak, Esquire
Nathan D. Fox, Esquire