# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEB WHITEWOOD, *et al.*, | : | 1:13-cv-1861 |
| Plaintiffs, | : | Hon. John E. Jones III |
| v. | : | |
| THOMAS W. CORBETT, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**September 18, 2013**

On August 5, 2013, we issued an Order (Doc. 12) scheduling an in-person case management conference to be held on September 30, 2013. On September 17, 2013, the Court received a letter (Doc. 21) from William H. Lamb, Esq., counsel for Governor Thomas W. Corbett and Secretary of Health Michael Wolf, requesting that the case management conference be rescheduled for October 9, 2013. Given Mr. Lamb's representation that all counsel will be available on October 9th, we shall now reschedule the case management conference for that date.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The case management conference currently scheduled for September 30, 2013 is **CANCELLED**.

2. The case management conference is **RESCHEDULED** for October 9, 2013, at 10:00 a.m. in Courtroom No. 4, Harrisburg, Pennsylvania.

s/ John E. Jones III
John E. Jones III
United States District Judge
