Nathan D. Fox
BEGLEY, CARLIN & MANDIO, LLP
680 Middletown Blvd.
Langhorne, PA 19047
(215) 750-0110 (P)
nfox@begleycalin.com

*Attorney for Defendant Petrille*

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| DEB WHITEWOOD, et al., | Case No. 13-cv-01861-JEJ |
| Plaintiffs, | (Honorable John E. Jones, III) |
| vs. | |
| THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania, et al., | DEFENDANT'S INITIAL RULE 26(a)(1)(A) DISCLOSURES |
| Defendants. | |

COMES NOW the Defendant, Donald Petrille, Jr. (hereinafter "Defendant Petrille"), by and through his undersigned counsel, and herewith submits his Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A).

{00664216/}                           1

A.  **The name and address of each individual likely to have discoverable information that Defendant may use to support its claims:**

    1.  The parties to this matter.

    2.  Such other witnesses that may be identified.

    Colleen Strunk

    Lisamarie Lewendowski

    55 E. Court Street, Doylestown, PA 18901

Defendant Petrille reserves the right to amend these Disclosures throughout the course of discovery until the date of trial.

B.  **Documents in the possession, custody, or control of Defendant Petrille which he may use to support his claims and/or defenses herein:**

    1.  Correspondence to individuals who inquired of the office regarding marriage licenses in contravention of 20 Pa. C.S.A. § 1704.

Defendant Petrille reserves the right to amend these Disclosures throughout the course of discovery until the date of trial.

C.  **Calculation of Damages**

Defendant Petrille denies any claim for damages or recovery by the Plaintiffs herein. Defendant Petrille was at all times in full compliance with applicable law and had no discretion

{00664216/}

to deviate therefrom in the issuance of marriage licenses, which under Pennsylvania law is a ministerial act. *Miller's Estate*, 34 Pa. Super. 385 (1907) (rejecting proposition that issuance of marriage licenses allows discretion in granting or denying marriage licenses). Defendant Petrille reserves the right to amend these Disclosures throughout the course of discovery until the date of trial.

        Respectfully submitted,

        s/Nathan D. Fox
        Nathan D. Fox
        BEGLEY, CARLIN & MANDIO, LLP
        680 Middletown Blvd.
        Langhorne, PA 19047
        (215) 750-0110 (P)
        nfox@begleycalin.com

        *Attorney for Defendant Petrille*

{00664216/}

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2013, I caused to be served a true and correct copy of the foregoing Defendant's Initial Rule 26(a)(1)(A) Disclosures upon each of the following individuals by U.S. First-Class Mail, with a courtesy copy by electronic mail delivery, at the addresses listed below:

| | |
|---|---|
| James D. Esseks<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>18th Floor<br>New York, NY 10004<br>212-549-2627<br>jesseks@aclu.org | John S. Stapleton<br>Hangley, Aronchick, Segal & Pudlin<br>One Logan Square<br>27th Floor<br>Philadelphia, PA 19103-6933<br>215-496-7048<br>215-568-0300  (F)<br>jstapleton@hangley.com |
| Leslie Cooper<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>18th Floor<br>New York, NY 10004<br>212-549-2627<br>lcooper@aclu.org | Mark A. Aronchick<br>Hangley, Aronchick, Segal & Pudlin<br>1 Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>(215) 496-7002<br>maronchick@hangley.com |
| Mary Catherine Roper<br>American Civil Liberties Union of Pennsylvania<br>P.O. Box 40008<br>Philadelphia, PA 19106<br>215-592-1513 ext 116<br>mroper@aclupa.org | Molly M. Tack-Hooper<br>American Civil Liberties Union of Pennsylvania<br>P.O. Box 40008<br>Philadelphia, PA 19106<br>215-592-1513<br>mtack-hooper@aclupa.org |

{00664216/}

Rebecca S. Melley
Hangley, Aronchick, Segal,
Pudlin & Schiller
One Logan Square
27th Floor
Philadelphia, PA 19103
215-496-7374
rsantoro@hangley.com

Seth F. Kreimer
3400 Chestnut Street
Philadelphia, PA 19144
215-898-7447
skreimer@law.upenn.edu

Witold J. Walczak
American Civil Liberties Union
of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
(412) 681-7864
vwalczak@aclupa.org

*Attorneys for Plaintiffs*

M. Abbegael Giunta
Office of Attorney General
15th Floor Strawberry Square
Harrisburg, PA 17120
717-787-1179
mgiunta@attorneygeneral.gov

*Attorney for Defendant
Kathleen Kane, Attorney
General of Pennsylvania*

William H. Lamb
Lamb McErlane PC
24 E. Market Street
P.O. Box 565
West Chester, PA 19381-0565
610-430-8000
wlamb@chescolaw.com

*Attorney for Defendant Thomas
W. Corbett, Governor of
Pennsylvania, and Michael
Wolf, Secretary of the
Pennsylvania Department of
Health*

Robert J Grimm
Swartz Campbell LLC
4750 U.S. Steel Tower

Thomas J Jezewski
Swartz Campbell, LLC
4750 U.S. Steel Tower

{00664216/}

600 Grant Street  
Pittsburgh, PA 15219  
412-560-3267  
rgrimm@swartzcampbell.com

600 Grant Street  
Pittsburgh, PA 15219  
412-456-5416  
tjezewski@swartzcampbell.com

*Attorneys for Mary Jo Poknis, Register of Wills of Washington County*

and I further certify that I have caused the foregoing document to be served by U.S. First-Class Mail on the following non-ECF participant:

Dylan J. Steinberg  
One Logan Square, 27th Floor  
Philadelphia, PA 19103  
215-568-6200

*Attorney for Plaintiffs*

        s/Nathan D. Fox  
        Nathan D. Fox  
        BEGLEY, CARLIN & MANDIO, LLP  
        680 Middletown Blvd.  
        Langhorne, PA 19047  
        (215) 750-0110 (P)  
        nfox@begleycalin.com

        *Attorney for Defendant Petrille*

{00664216/}