# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEB WHITEWOOD and SUSAN WHITEWOOD, FREDIA HURDLE and LYNN HURDLE, EDWIN HILL and DAVID PALMER, HEATHER POEHLER and KATH POEHLER, FERNANDO CHANG-MUY and LEN RIESER, DAWN PLUMMER and DIANA POLSON, ANGELA GILLEM and GAIL LLOYD, HELENA MILLER and DARA RASPBERRY, RON GEBHARDTSBAUER and GREG WRIGHT, MARLA CATTERMOLE and JULIA LOBUR, MAUREEN HENNESSEY, and A.W. AND K.W., minor children, by and through their parents and next friends, DEB WHITEWOOD and SUSAN WHITEWOOD, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania; MICHAEL WOLF, in his official capacity as Secretary of the Pennsylvania Department of Health; KATHLEEN KANE, in her official capacity as Attorney General of Pennsylvania; MARY JO POKNIS, in her official capacity as Register of Wills of Washington County; and DONALD PETRILLE, JR., in his official capacity as Register of Wills and Clerk of Orphans' Court of Bucks County, <br><br> Defendants. | Civil Action <br><br> No. 13-1861-JEJ <br><br> Honorable John E. Jones, III <br><br> Type of Pleading: <br><br> **MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (6)** <br><br> Filed on Behalf of Defendants: <br><br> Governor Thomas Corbett and Secretary of Health Michael Wolf |

# MOTION TO DISMISS
# BY GOVERNOR THOMAS W. CORBETT AND
# SECRETARY MICHAEL WOLF

Defendants, Governor Thomas Corbett and Secretary of Health Michael Wolf, through their attorneys, Lamb McErlane PC, hereby move this Court to dismiss the Complaint filed against them by Plaintiffs, Deb Whitewood, Susan Whitewood, Fredia Hurdle, Lynn Hurdle, Edwin Hill, David Palmer, Heather Poehler, Kath Poehler, Fernando Chang-Muy, Len Rieser, Dawn Plummer, Diana Polson, Angela Gillem, Gail Lloyd, Helena Miller, Dara Raspberry, Ron Gebhardtsbauer, Greg Wright, Marla Cattermole, Julia Lobur, Maureen Hennessey, A.W. and K.W., Minor Children, by and through their parents and Next Friends, Deb Whitewood and Susan Whitewood, pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of jurisdiction and for failure to state a claim upon which relief may be granted. A Brief in Support of this Motion to Dismiss will be timely filed in accordance with this Court's Scheduling Order.

Respectfully submitted,

**LAMB McERLANE PC**

Dated:  September 30, 2013         By: /s/William H. Lamb
                                       William H. Lamb, Esquire
                                       Attorney I.D. No. 04927
                                       24 East Market Street
                                       P.O. Box 565
                                       West Chester, PA  19381

2

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEB WHITEWOOD and SUSAN WHITEWOOD, FREDIA HURDLE and LYNN HURDLE, EDWIN HILL and DAVID PALMER, HEATHER POEHLER and KATH POEHLER, FERNANDO CHANG-MUY and LEN RIESER, DAWN PLUMMER and DIANA POLSON, ANGELA GILLEM and GAIL LLOYD, HELENA MILLER and DARA RASPBERRY, RON GEBHARDTSBAUER and GREG WRIGHT, MARLA CATTERMOLE and JULIA LOBUR, MAUREEN HENNESSEY, and A.W. AND K.W., minor children, by and through their parents and next friends, DEB WHITEWOOD and SUSAN WHITEWOOD, <br><br>       Plaintiffs, <br>  v. <br><br>THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania; MICHAEL WOLF, in his official capacity as Secretary of the Pennsylvania Department of Health; KATHLEEN KANE, in her official capacity as Attorney General of Pennsylvania; MARY JO POKNIS, in her official capacity as Register of Wills of Washington County; and DONALD PETRILLE, JR., in his official capacity as Register of Wills and Clerk of Orphans' Court of Bucks County, <br><br>       Defendants. | Civil Action <br><br>No. 13-1861-JEJ |

# **ORDER**

AND NOW, this _____ day of _____, 2013, upon consideration of the Motion to Dismiss filed by Defendants, Governor Thomas Corbett and Secretary of Health Michael Wolf, Plaintiffs' response to that Motion, and the briefs filed by all parties, it is hereby ORDERED that the Motion is GRANTED. The Complaint is dismissed with prejudice.

.

                                         BY THE COURT:

                                         _____
                                         John E. Jones, III
                                         U.S. District Judge

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEB WHITEWOOD and SUSAN WHITEWOOD, FREDIA HURDLE and LYNN HURDLE, EDWIN HILL and DAVID PALMER, HEATHER POEHLER and KATH POEHLER, FERNANDO CHANG-MUY and LEN RIESER, DAWN PLUMMER and DIANA POLSON, ANGELA GILLEM and GAIL LLOYD, HELENA MILLER and DARA RASPBERRY, RON GEBHARDTSBAUER and GREG WRIGHT, MARLA CATTERMOLE and JULIA LOBUR, MAUREEN HENNESSEY, and A.W. AND K.W., minor children, by and through their parents and next friends, DEB WHITEWOOD and SUSAN WHITEWOOD, | Civil Action<br><br>No. 13-1861-JEJ |
|                     Plaintiffs,<br>    v. | |
| THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania; MICHAEL WOLF, in his official capacity as Secretary of the Pennsylvania Department of Health; KATHLEEN KANE, in her official capacity as Attorney General of Pennsylvania; MARY JO POKNIS, in her official capacity as Register of Wills of Washington County; and DONALD PETRILLE, JR., in his official capacity as Register of Wills and Clerk of Orphans' Court of Bucks County, | |
|                     Defendants. | |

## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

I, William H. Lamb, hereby certify that counsel for all parties were contacted regarding possible concurrence with Defendants Governor Thomas Corbett and Secretary of Health Michael Wolf's Motion to Dismiss. Counsel for co-Defendants Mary Jo Poknis and Donald Petrille, Jr., indicated concurrence with this Motion. Counsel for Plaintiffs indicated non-concurrence with this motion. Counsel for Attorney General Kathleen Kane has indicated that the Attorney General takes no position with regard to this Motion.

                Respectfully submitted,

                **LAMB McERLANE PC**

Dated:  September 30, 2013        By: /s/William H. Lamb
                                                  William H. Lamb, Esquire
                                                  Attorney I.D. No. 04927
                                                  24 East Market Street
                                                  P.O. Box 565
                                                  West Chester, PA  19381

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEB WHITEWOOD and SUSAN WHITEWOOD, FREDIA HURDLE and LYNN HURDLE, EDWIN HILL and DAVID PALMER, HEATHER POEHLER and KATH POEHLER, FERNANDO CHANG-MUY and LEN RIESER, DAWN PLUMMER and DIANA POLSON, ANGELA GILLEM and GAIL LLOYD, HELENA MILLER and DARA RASPBERRY, RON GEBHARDTSBAUER and GREG WRIGHT, MARLA CATTERMOLE and JULIA LOBUR, MAUREEN HENNESSEY, and A.W. AND K.W., minor children, by and through their parents and next friends, DEB WHITEWOOD and SUSAN WHITEWOOD,<br><br>                            Plaintiffs,<br>     v.<br><br>THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania; MICHAEL WOLF, in his official capacity as Secretary of the Pennsylvania Department of Health; KATHLEEN KANE, in her official capacity as Attorney General of Pennsylvania; MARY JO POKNIS, in her official capacity as Register of Wills of Washington County; and DONALD PETRILLE, JR., in his official capacity as Register of Wills and Clerk of Orphans' Court of Bucks County,<br><br>                            Defendants. | Civil Action<br><br>No. 13-1861-JEJ |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Governor Thomas W. Corbett and Secretary of Health Michael Wolf's Motion to Dismiss in the above captioned matter was served on this, the 30th day of September, 2013, to the attorneys/parties of record as follows:

Mark A. Aronchick, Esquire
John S. Stapleton, Esquire
Dylan. Steinberg, Esquire
Rebecca S. Melley, Esquire
Hangley Aronchick, Segal, Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103
Counsel for Plaintiffs

Robert Grimm, Esquire
Thomas J. Jezewski, Esquire
Swartz Campbell LLC
4750 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219
Counsel for Defendant Poknis

James D. Esseks, Esquire
Leslie Cooper, Esquire
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Counsel for Plaintiffs

Seth F. Kreimer, Esquire
3400 Chestnut Street
Philadelphia, PA 19144
Counsel for Plaintiffs

M. Abbegael Giunta, Deputy Attorney General
Gregory R. Neuhauser, Chief Deputy Attorney General
Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120
Counsel for Defendant Kane

Mary Catherine Roper, Esquire
Molly M. Tack-Hooper, Esquire
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106
Counsel for Plaintiffs

Witold J. Walczak, Esquire
American Civil Liberties Union of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
Counsel for Plaintiffs

Nathan D. Fox, Esquire
Begley Carlin & Mandio LLP
680 Middletown Blvd.
Langhorne, PA  19047
Counsel for Defendant Petrille

                             **LAMB McERLANE PC**

                             By: /s/William H. Lamb
                                William H. Lamb, Esquire
                                Attorney I.D. No. 04927
                                24 East Market Street
                                P.O. Box 565
                                West Chester, PA  19381