# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| DEB WHITEWOOD, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania, et al.,<br><br>    Defendants. | 1:13cv1861 |

[Proposed] Order Granting Defendant's Motion to Dismiss

Upon consideration of Defendant Petrille's motion to dismiss, any response and reply thereto, and the entire record herein, it is hereby

ORDERED that Defendant Petrille's motion to dismiss is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED.

Dated: _____, _____

                                              Hon. John E. Jones III
                                              United States District Judge