IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| DEB WHITEWOOD, et al., | 1:13cv1861 |
| Plaintiffs, | |
| vs. | |
| THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania, et al., | |
| Defendants. | |

[Proposed] Order Granting Defendant Petrille's Motion for Leave to Exceed Word Limitation

Upon consideration of Defendant Petrille's motion for leave to exceed word limitation, and any response thereto, it is hereby

ORDERED that Defendant Petrille's motion for leave to exceed word limitation is GRANTED; and it is

FURTHER ORDERED that Defendant Petrille is granted leave to file a memorandum in support of Defendant Petrille's motion to dismiss of not more than 10,000 words.

Dated: _____, _____

                                                Hon. John E. Jones III
                                                United States District Judge

Nathan D. Fox, PA Bar No. 307744
BEGLEY, CARLIN & MANDIO, LLP
680 Middletown Boulevard
Langhorne, PA 19047
(215) 750-0110 (P)
nfox@begleycarlin.com

*Attorney for Defendant Petrille*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| DEB WHITEWOOD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania, et al.,<br><br>Defendants. | Case No. 13-cv-01861-JEJ<br><br>(Honorable John E. Jones, III)<br><br>**DEFENDANT PETRILLE'S MOTION FOR LEAVE TO EXCEED WORD LIMITATION** |

Pursuant to Local Rule 7.8(b)(3), Defendant Petrille, by and through counsel, respectfully seeks this Court's leave to file a brief in support of Defendant Petrille's Motion to Dismiss Plaintiffs' Complaint in excess of the 5,000 words allotted by local rule. *See* Civ. L.R. 7.8(b). Specifically, Defendant Petrille respectfully submits that an expanded word limit of 10,000 words is warranted by the complex nature of the numerous, important constitutional issues raised by the complaint.

Therefore, Defendant Petrille respectfully requests that this Court grant leave to file a memorandum in support of Defendant Petrille's motion to dismiss of not more than 10,000 words.

        Respectfully submitted,

        s/ *Nathan D. Fox*
        Nathan D. Fox
        BEGLEY, CARLIN & MANDIO, LLP
        680 Middletown Boulevard
        Langhorne, PA 19047
        (215) 750-0110 (P)
        nfox@begleycarlin.com

        *Attorney for Defendant Petrille*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that counsel for the movant has sought concurrence in the motion from each party and that Counsel for all parties concur in the motion.

{00665276/}

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2013, I electronically filed the foregoing _Defendant Petrille's Motion for Leave to Exceed Word Limitation, with the Clerk of Court using the ECF system, which will effectuate service of this filing on the following ECF-registered counsel by operation of the Court's electronic filing system:

James D. Esseks
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004
212-549-2627
jesseks@aclu.org

John S. Stapleton
Hangley, Aronchick, Segal & Pudlin
One Logan Square
27th Floor
Philadelphia, PA 19103-6933
215-496-7048
215-568-0300 (F)
jstapleton@hangley.com

Leslie Cooper
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004
212-549-2627
lcooper@aclu.org

Mark A. Aronchick
Hangley, Aronchick, Segal & Pudlin
1 Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 496-7002
maronchick@hangley.com

Mary Catherine Roper
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106
215-592-1513 ext 116
mroper@aclupa.org

Molly M. Tack-Hooper
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106
215-592-1513
mtack-hooper@aclupa.org

{00665276/}

Rebecca S. Melley
Hangley, Aronchick, Segal, Pudlin
& Schiller
One Logan Square
27th Floor
Philadelphia, PA 19103
215-496-7374
rsantoro@hangley.com

Seth F. Kreimer
3400 Chestnut Street
Philadelphia, PA 19144
215-898-7447
skreimer@law.upenn.edu

Witold J. Walczak
American Civil Liberties Union of
Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
(412) 681-7864
vwalczak@aclupa.org

*Attorneys for Plaintiffs*

M. Abbegael Giunta
Office of Attorney General
15th Floor Strawberry Square
Harrisburg, PA 17120
717-787-1179
mgiunta@attorneygeneral.gov

*Attorney for Defendant Kathleen
Kane, Attorney General of
Pennsylvania*

William H. Lamb
Lamb McErlane PC
24 E. Market Street
P.O. Box 565
West Chester, PA 19381-0565
610-430-8000
wlamb@chescolaw.com

*Attorney for Defendant Thomas W.
Corbett, Governor of Pennsylvania,
and Michael Wolf, Secretary of the
Pennsylvania Department of
Health*

Robert J Grimm
Swartz Campbell LLC
4750 U.S. Steel Tower
600 Grant Street

Thomas J Jezewski
Swartz Campbell, LLC
4750 U.S. Steel Tower
600 Grant Street

{00665276/}

Pittsburgh, PA 15219
412-560-3267
rgrimm@swartzcampbell.com

Pittsburgh, PA 15219
412-456-5416
tjezewski@swartzcampbell.com

*Attorneys for Mary Jo Poknis, Register of Wills of Washington County*

and I further certify that I have caused the foregoing document to be served by U.S. First-Class Mail on the following non-ECF participant:

Dylan J. Steinberg
One Logan Square, 27th Floor
Philadelphia, PA 19103
215-568-6200

*Attorney for Plaintiffs*

s/ *Nathan D. Fox*
Nathan D. Fox
BEGLEY, CARLIN & MANDIO, LLP
680 Middletown Boulevard
Langhorne, PA 19047
(215) 750-0110 (P)
nfox@begleycarlin.com

*Attorney for Defendant Petrille*

{00665276/}