IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEB WHITEWOOD, *et al.*, | : | 1:13-cv-1861 |
| | : | |
| Plaintiffs, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| THOMAS W. CORBETT, *in his official capacity as Governor of Pennsylvania*, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

## **October 9, 2013**

On today's date the Court conducted a case management conference with the participation of counsel for the parties to this matter. At the conference, various issues concerning scheduling and discovery were discussed and several agreements were reached among the Court and counsel. As referenced at the conference, given the potentially case and/or party dispositive issues raised in the pending Motions to Dismiss, all parties agreed that the most appropriate course is to set an expedited briefing scheduling on the pending Motions to Dismiss and stay all discovery pending the resolution of those motions.[1] Further, given the logistical

---

[1] Currently pending are the following Motions: Defendant Mary Jo Poknis' Motion to Dismiss Pursuant to FRCP 12 (Doc. 24); Defendant Donald Petrille, Jr.'s Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6) and Failure to Join Parties under Fed. R. Civ. P. 12(b)(7) and 19 (Doc. 25); Defendant Kathleen Kane's Motion

complexities of this case, including the numerosity of counsel, we shall protectively set a date for a second case management conference.  On that date, we will discourse with counsel concerning a trial date and any ancillary matters pertaining thereto, assuming that any or all claims by Plaintiffs survive the said Motions to Dismiss.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. Plaintiffs shall file briefs in opposition to the Motions to Dismiss (Docs. 24, 25, 26, and 27) by or before the close of business on October 21, 2013.

2. The Defendants shall file reply briefs by or before the close of business on November 1, 2013.

3. A second case management conference is protectively scheduled for November 22, 2013 at 10:00 a.m. in Courtroom #2, Harrisburg Federal Courthouse.

4. All discovery is **STAYED** pending further Order of this Court, and Defendant Petrille's Motion to Stay Discovery (Doc. 44) is **DISMISSED** as moot.

---

to Dismiss the Complaint for Declaratory and Injunctive Relief (Doc. 26); and Motion to Dismiss by Governor Thomas W. Corbett and Secretary Michael Wolf. (Doc. 27).

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge
