IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHITEWOOD, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>CORBETT, *et al.*,<br><br>   Defendants. | **Civil Action**<br><br>**No. 13-1861-JEJ** |

## **ORDER**

AND NOW, this ____ day of November, 2013, upon consideration of the Motion to Dismiss filed by Defendants Thomas W. Corbett and Michael Wolf (Doc. No. 27) and Plaintiffs' Brief in Opposition thereto, it is hereby ORDERED that the Motion is DENIED in its entirety.

BY THE COURT:

_____
Jones, J.