## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

WHITEWOOD, *et al.*,

                            Plaintiffs,

            v.

CORBETT, *et al.*,

                            Defendants.

**Civil Action**

**No. 13-1861-JEJ**

## <u>ORDER</u>

AND NOW, this _____ day of November, 2013, upon consideration of the Motion to Dismiss filed by Defendant Kathleen Kane (Doc. No. 40) and Plaintiffs' Brief in Opposition thereto, it is hereby ORDERED that the Motion is DENIED in its entirety.

BY THE COURT:

_____

Jones, J.