# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHITEWOOD, *et al.*, | **Civil Action** |
| Plaintiffs, | |
| v. | **No. 13-1861-JEJ** |
| CORBETT, *et al.*, | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of November, 2013, upon consideration of the Motion to Dismiss filed by Defendant Donald Petrille, Jr. (Doc. No. 25) and Plaintiffs' Brief in Opposition thereto, it is hereby ORDERED that the Motion is DENIED in its entirety.

BY THE COURT:

_____
Jones, J.