**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WHITEWOOD, *et al.*, | |
| Plaintiffs, | **Civil Action** |
| v. | **No. 13-1861-JEJ** |
| CORBETT, *et al.*, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
MARY JO POKNIS, IN HER OFFICIAL CAPACITY
AS REGISTER OF WILLS OF WASHINGTON COUNTY**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), please mark

Defendant Mary Jo Poknis, in her Official Capacity as Register of Wills of

Washington County, voluntarily dismissed from this action without prejudice.


Dated:  October 21, 2013          HANGLEY ARONCHICK SEGAL
                                  PUDLIN & SCHILLER

                                  By:   /s/ Mark A. Aronchick
                                        Mark A. Aronchick
                                        John S. Stapleton
                                        Dylan J. Steinberg
                                        Rebecca S. Melley
                                        One Logan Square, 27th Floor
                                        Philadelphia, PA 19103
                                        (215) 568-6200

Helen E. Casale
401 DeKalb Street, 4th Floor
Norristown, PA 19401
(610) 313-1670

*Counsel for Plaintiffs*

ACLU FOUNDATION OF PENNSYLVANIA

By:   /s/ Witold J. Walczak
     Witold J. Walczak
     313 Atwood Street
     Pittsburgh, PA 15213
     (412) 681-7736

     Mary Catherine Roper
     Molly Tack-Hooper
     P.O. Box 40008
     Philadelphia, PA  19106
     (215) 592-1513

*Counsel for Plaintiffs*

James D. Esseks
Leslie Cooper
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY  10004
(212) 549-2500

*Counsel for Plaintiffs*

Seth F. Kreimer
3400 Chestnut St.
Philadelphia, Pa. 19104
(215) 898-7447

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2013, I caused the foregoing Notice of Voluntary Dismissal of Defendant Mary Jo Poknis, in her Official Capacity as Register of Wills of Washington County, to be filed electronically using the Court's electronic filing system, and that the filing is available to counsel for all parties for downloading and viewing from the electronic filing system.

    /s/ Mark A. Aronchick
Mark A. Aronchick