# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHITEWOOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CORBETT, *et al.*, <br><br> Defendants. | **Civil Action** <br><br> **No. 13-1861-JEJ** |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KATHLEEN KANE, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF PENNSYLVANIA

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), please mark Defendant Kathleen Kane, in her Official Capacity as Attorney General of Pennsylvania, voluntarily dismissed from this action without prejudice.

Dated: November 1, 2013

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By:   /s/ Mark A. Aronchick
    Mark A. Aronchick
    John S. Stapleton
    Dylan J. Steinberg
    Rebecca S. Melley
    One Logan Square, 27th Floor
    Philadelphia, PA 19103
    (215) 568-6200

      Helen E. Casale
      401 DeKalb Street, 4th Floor
      Norristown, PA 19401
      (610) 313-1670

*Counsel for Plaintiffs*

ACLU FOUNDATION OF PENNSYLVANIA

By:   /s/ Witold J. Walczak
     Witold J. Walczak
     313 Atwood Street
     Pittsburgh, PA 15213
     (412) 681-7736

     Mary Catherine Roper
     Molly Tack-Hooper
     P.O. Box 40008
     Philadelphia, PA  19106
     (215) 592-1513

*Counsel for Plaintiffs*

James D. Esseks
Leslie Cooper
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY  10004
(212) 549-2500

*Counsel for Plaintiffs*

Seth F. Kreimer
3400 Chestnut St.
Philadelphia, Pa. 19104
(215) 898-7447

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2013, I caused the foregoing Notice of Voluntary Dismissal of Defendant Kathleen Kane, in her Official Capacity as Attorney General of Pennsylvania, to be filed electronically using the Court's electronic filing system, and that the filing is available to counsel for all parties for downloading and viewing from the electronic filing system.

    /s/ Mark A. Aronchick
Mark A. Aronchick