# LAMB | McERLANE PC

ATTORNEYS AT LAW

William H. Lamb
Telephone: 610-430-8000
Facsimile: 610-692-0877
Email: wlamb@lambmcerlane.com

November 18, 2013

**VIA CM/ECF & FEDERAL EXPRESS**

The Honorable John E. Jones, III
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17101

    Re:   *Whitewood, et al. v. Corbett, et al.*
           **No: 1:13-cv-1861**

Dear Judge Jones:

    We received Plaintiffs' counsel's letter to the Court today. Suffice it to say, we were and remain prepared to discuss all operative dates with Your Honor at the conference scheduled for this Friday, November 22nd and see no need for Plaintiffs to communicate with the Court regarding those issues before that time. We remain concerned about Plaintiffs' motivation for seeking what effectively amounts to an expedited schedule in its impromptu and unsolicited letter to the Court. As Your Honor is well aware, there are significant issues at stake which require thorough and complete discovery. Defendants remain committed to their discovery schedule as set forth in the Joint Case Management Plan (Dkt. No. 38) and look forward to discussing those dates on Friday.

                                        Respectfully,

                                        LAMB McERLANE PC

                                        William H. Lamb

JLF/cd
cc:    Mark A. Aronchick, Esquire (via ECF and electronic mail)
       Witold J. Walczak, Esquire (via ECF and electronic mail)
       Leslie Cooper, Esquire (via ECF and electronic mail)
       Nathan D. Fox, Esquire (via ECF and electronic mail)
       Joel L. Frank, Esquire