IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEB WHITEWOOD, *et al.*, | : | 1:13-cv-1861 |
| | : | |
| Plaintiffs, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| MICHAEL WOLF, *in his official* | : | |
| *capacity as Secretary, Pennsylvania* | : | |
| *Department of Health*, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### November 22, 2013

On today's date, the Court conducted a second case management conference with the participation of counsel, purposed to set a trial date in this matter.  At the conference, certain oral agreements were entered into by counsel regarding scheduling, in consultation with the Court.  In areas where counsel could not agree, we have fully considered their respective positions in constructing the scheduling order that follows.  Accordingly, the purpose of this Order is to reduce the same to writing.[1]

---

[1] The Court reminds counsel that we will manage both scheduling and discovery disputes informally in the first instance by convening a telephone conference.  We urge counsel to apply their best efforts to resolve any such disputes without the Court's intervention.  As we do, we commend counsel for the evident spirit of collegiality that pervades the proceedings we have thus far convened.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1.   **Expert witnesses**. Plaintiffs shall disclose their expert witnesses on or before December 2, 2013, and Defendants shall disclose their expert witnesses on or before January 15, 2014.  Plaintiffs shall file expert reports on or before February 14, 2014, and Defendants shall file their respective reports on or before March 14, 2014.  Plaintiffs shall file any supplemental reports by March 21, 2014.

2.   **Discovery**.  The stay presently imposed on discovery (Doc. 49) is **LIFTED**.  On or before December 16, 2013, the parties shall respond to pending written discovery, as well as to any written discovery that is served by the close of business on November 27, 2013.

3.   **Dispositive motions**.  The parties shall file dispositive motions, if any, on or before April 21, 2014, with supporting briefs submitted simultaneously.  Briefs in opposition shall be due by May 5, 2014, and reply briefs shall be filed by May 12, 2014.

4.   **Motions *in limine***.  Written motions *in limine* shall be submitted to the Court, with supporting briefs, no later than May 12, 2014. Responses shall be filed by May 19, 2014.

5.      **Pretrial conference**.  The final pretrial conference shall be held on

May 27, 2014, at 9:30 a.m., in Courtroom 2, Harrisburg Federal

Courthouse.

6.      **Trial**.  Trial shall commence on June 9, 2014, in Courtroom 2,

Harrisburg Federal Courthouse.

7.      **Modification of schedule**.  The provisions of this scheduling order

may be modified by agreement of counsel, the Court *sua sponte*, or on

motion timely filed for good cause.


                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge