Civil Action No.: **1:13-CV-01861-JEJ**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) <u>Dan Meuser, in his official capacity</u>

was received by me on (date) <u>November 19, 2013</u>.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) : Pursuant to the agreement of counsel, by email and first class mail to counsel for Defendant Meuser on November 19, 2013.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Nov. 25 2013
*Date*

*Server's Signature*

<u>John S. Stapleton, Counsel for Plaintiffs</u>
*Printed name and title*

Hangley Aronchick Segal Pudlin & Schiller
One Logan Sq., 27th Fl., Phila., PA 19103
*Server's Address*

Additional information regarding attempted service, etc: