# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEB WHITEWOOD and SUSAN WHITEWOOD, FREDIA HURDLE and LYNN HURDLE, EDWIN HILL and DAVID PALMER, HEATHER POEHLER and KATH POEHLER, FERNANDO CHANG-MUY and LEN RIESER, DAWN PLUMMER and DIANA POLSON, ANGELA GILLEM and GAIL LLOYD, HELENA MILLER and DARA RASPBERRY, RON GEBHARDTSBAUER and GREG WRIGHT, MARLA CATTERMOLE and JULIA LOBUR, MAUREEN HENNESSY, and A.W. AND K.W., minor children, by and through their parents and next friends, DEB WHITEWOOD and SUSAN WHITEWOOD,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>MICHAEL WOLF, in his official capacity as Secretary of the Pennsylvania Department of Health; DONALD PETRILLE, JR., in his official capacity as Register of Wills and Clerk of Orphans' Court of Bucks County; and DAN MEUSER, in his official capacity as Secretary of Revenue,<br>　　　　　　　　　　Defendants. | Civil Action<br><br>No. 13-cv-01861-JEJ |

## STIPULATION OF EXTENSION OF TIME

It is hereby stipulated and agreed by the parties, through undersigned counsel, that Defendant Michael Wolf, Defendant Dan Meuser and Defendant

Donald Petrille, Jr. have an extension of time, up to and including December 6, 2013, to answer Plaintiffs' Amended Complaint.

| | |
|---|---|
| **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** | **LAMB MCERLANE PC** |
| /s/Mark A. Aronchick<br>Mark A. Aronchick<br>One Logan Square, 27th Floor<br>Philadelphia; PA 19103<br>(215) 568-6200<br>*Attorney for Plaintiffs* | /s/William H. Lamb<br>William H. Lamb<br>24 East Market Street<br>P.O. Box. 565<br>West Chester, PA 19381<br>(610) 430-8000<br>*Attorney for Defendants Wolf and Meuser* |
| **ACLU FOUNDATION OF PENNSYLVANIA** | **BEGLEY, CARLIN & MANDIO, LLP** |
| /s/Witold J. Walczak<br>Witold J. Walczak<br>313 Atwood Street<br>Pittsburgh, PA 15213<br>(412) 681-7736<br>*Attorney for Plaintiffs* | /s/Nathan D. Fox<br>Nathan D. Fox<br>680 Middletown Boulevard<br>Langhorne, PA 19047<br>(215) 750-0110<br>*Attorney for Defendant Petrille* |
| | **BALLARD SPAHR LLP** |
| | /s/Frank A. Chernak<br>Frank A. Chernak<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8234 |
| Dated: November 26, 2013 | *Attorney for Defendant Petrille* |

APPROVED BY THE CLERK:

_____

**CERTIFICATE OF SERVICE**

This is to certify that in this case complete copies of all papers contained in the foregoing Stipulation have been served upon the following persons electronically;

Mark A. Aronchick, Esquire
John S. Stapleton, Esquire
Dylan. Steinberg, Esquire
Rebecca S. Melley, Esquire
HANGLEY ARONCHICK, SEGAL, PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
*Counsel for Plaintiffs*

James D. Esseks, Esquire
Leslie Cooper, Esquire
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
*Counsel for Plaintiffs*

Mary Catherine Roper, Esquire
Molly M. Tack-Hooper, Esquire
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 40008
Philadelphia, PA 19106
*Counsel for Plaintiffs*

Witold J. Walczak, Esquire
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
313 Atwood Street
Pittsburgh, PA 15213
*Counsel for Plaintiffs*

Seth F. Kreimer, Esquire
3400 Chestnut Street

Philadelphia, PA  19144
*Counsel for Plaintiffs*
Nathan D. Fox, Esquire
BEGLEY CARLIN & MANDIO LLP
680 Middletown Blvd.
Langhorne, PA  19047
*Counsel for Defendant Petrille*

Frank A. Chernak, Esquire
John P. McLaughlin, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103


**LAMB McERLANE PC**


By:  /s/ William H. Lamb

Dated:  November 26, 2013         William H. Lamb