IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEB WHITEWOOD, *et al.*, | : | 1:13-cv-1861 |
| | : | |
| Plaintiffs, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| MICHAEL WOLF, *in his official capacity as Secretary, Pennsylvania Department of Health, et al.*, | : | |
| | : | |
| Defendants. | : | |

## ADVISORY

### November 27, 2013

On November 26, 2013, Mr. James D. Schneller filed a Motion for Leave to Intervene (Doc. 77) in this matter. To ensure that Mr. Schneller, who is acting *pro se*, is apprised of relevant procedural rules and so that this significant case may continue on-course and according to schedule, the Court would advise that, to preserve his motion, Mr. Schneller must file a supporting brief within fourteen (14) days after filing the motion. *See* M. D. Pa. L. R. 7.5. The Court would also direct Mr. Schneller to Chapter IV of the Middle District of Pennsylvania's Local Rules for additional guidance on filing motions and briefs.

_____
John E. Jones III
United States District Judge