UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
**MINUTES OF CONFERENCE**

CAPTION:   Whitewood, et al. v. Wolfe, et al
CASE NO.: 13cv1861
DATE: 2/19/14

Hon. John E. Jones III, Presiding
Nature of Conference: Discovery dispute
Time Commenced: 11:00                              Time Terminated: 11:22

## PARTICIPANTS

| Plaintiff(s): | Defendant(s): |
|---|---|
| | William Lamb (Wolfe) |
| Withold Walczak | |
| | Joel Frank |
| John Stapleton | |

Remarks: Discovery dispute discussed. Issue as to where 6 adult Plaintiffs depositions should be held. Plaintiffs want Pittsburgh- Defendants Harrsiburg.

Order shall issue - P letter by close of business 1/20 with case law. D's letter with case law filed by 1/24/14. Court will rule quickly. Counsel are to come to an agreement on a discovery deadline.

Deputy Clerk- Liz O'Donnell