IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Deb Whitewood and Susan Whitewood,
Fredia Hurdle and Lynn Hurdle, Edwin Hill and
David Palmer, Heather Poehler and Kath Poehler,
Fernando Chang-Muy and Len Rieser, Dawn Plummer
and Diana Polson, Angela Gillem and Gail Lloyd,
Helena Miller and Dara Raspberry, Ron
Gebhardtsbauer and Greg Wright, Marla Cattermole
and Julia Lobur, et al       plaintiffs

Civil Action

No. 13-1861-JEJ

v.

Michael Wolf, in his official capacity as Secretary
of the Pennsylvania Department of Health,
Dan Meuser, Donald Petrille, Jr., in his official
capacity as Register of Wills and Clerk of Orphans'
Court of Bucks County       defendants

JURY DEMAND

   Applicants for intervention James Schneller and Philadelphia Metro Task Force request jury trial, pursuant to F.R.C.P. 38, in the event that applicants' request to open the order denying intervention, for evidence, is granted.

   Applicants for intervention James Schneller and Philadelphia Metro Task Force, pursuant to F.R.C.P. 38, request a jury trial with respect to trial on the plaintiffs' complaint, in the event that the denial of applicants' application to intervene is vacated or amended in any way favorable to this demand, and for any issues that the Court deems appropriate.

_____
James Schneller       pro se

Date: February 20, 2014

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deb Whitewood and Susan Whitewood, et al,                             plaintiffs<br>v.<br>Michael Wolf, in his official capacity as Secretary of the Pennsylvania Department of Health, et al                                   defendants | Civil Action<br><br>No. 13-1861-JEJ |

CERTIFICATE OF SERVICE

      I, James Schneller, hereby certify that I served a true and correct copy of the jury demand, upon the parties, listed as follows, and the judge, by USPS first class mail, where required.

Honorable John E. Jones, III
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

Nathan D. Fox                                                  nfox@begleycarlin.com
Begley Carlin & Mandio LLP
680 Middletown Blvd.
Langhorne, PA 19047

William H. Lamb
Lamb McErlane P.C.                                      jfrank@lambmcerlane.com
24 East Market Street
P.O. Box 565
West Chester, PA 19381-0565

James D. Esseks        jesseks@aclu.org
American Civil Liberties Union Foundation
125 Broad Street   18th Floor
New York, NY 10004

John S. Stapleton        jstapleton@hangley.com
Dylan J. Steinberg
Hangley Aronchick Segal & Pudlin
One Logan Square   27th Floor
Philadelphia, PA 19103-6933

Leslie Cooper        lcooper@aclu.org
American Civil Liberties Union Foundation
125 Broad Street   18th Floor
New York, NY 10004

Mary Catherine Roper      mroper@aclupa.org
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106

Rebecca S. Melley       rsantoro@hangley.com
Segal Pudlin & Schiller
One Logan Square   27th Floor
Philadelphia, PA 19103

Seth F. Kreimer        skreimer@law.upenn.edu
3400 Chestnut Street
Philadelphia, PA 19144

Witold J. Walczak       vwalczak@aclupa.org
American Civil Liberties Union of PA
313 Atwood Street
Pittsburgh, PA 15213

_/s/ James Schneller_        Date: February 19, 2014
James D. Schneller   pro se