## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Deb Whitewood and Susan Whitewood,
Fredia Hurdle and Lynn Hurdle, Edwin Hill and
David Palmer, Heather Poehler and Kath Poehler,
Fernando Chang-Muy and Len Rieser, Dawn Plummer
and Diana Polson, Angela Gillem and Gail Lloyd,
  et al               plaintiffs

v.

Michael Wolf, in his official capacity as Secretary
of the Pennsylvania Department of Health,
Dan Meuser,  Donald Petrille, Jr., in his official
capacity as Register of Wills and Clerk of Orphans'
Court of Bucks County       defendants

Civil Action

No. 13-1861-JEJ



## MOTION FOR LEAVE TO FILE AMENDED MOTION TO INTERVENE

Proposed intervener James D. Schneller, representing himself, requests, pursuant to Fed. Rule Civ.Proc. 15(a)(2), leave of Court to file an amended motion to intervene, and to amend his pending motion for reconsideration, stating as follows:

1)    Proposed intervener ("applicant") filed a motion for reconsideration of the order denying the motion of James D. Schneller and Philadelphia Metro Task Force for leave to intervene in the complaint, with motion for amended findings, pursuant to F.R.C.P. 59 and F.R.C.P. 60, and F.R.C.P. 52, on February 20, 2014.

2)    Applicant filed a motion for stay pending reconsideration or any appeal on March 10, 2014.

3)    Applicant requests leave to attach applicant's "Motion to Intervene –Amended" to the pending motion for reconsideration. The original Motion to Intervene –Amended is attached hereto.

4)    The order denying the original motion for leave to intervene filed by applicant is denied without any statement of with or without prejudice.

5)    The order denying intervention and accompanying memorandum opinion set forth error that clearly could be resolved by an improved pleading, and no limitation of time has accrued that might preclude any new filing in this matter.

6)    Applicant requests leave to file the attached "Motion to Intervene –Amended" on the docket as the motion in force in this matter.

7)    Applicant reserves the right to request amendment of the motion in regard to Philadelphia Metro Task Force ("association") in the event that the finding of inability of applicant to represent the association is reversed or modified on reconsideration or on review.

WHEREFORE, James Schneller respectfully requests that the attached "Motion to Intervene –Amended" be permitted an appending to the motion for reconsideration, and noted or entered on the docket as the motion to intervene in force in this matter.

_s/ _James D Schneller_____          Date: March 16, 2014
James D. Schneller          pro se
Philadelphia Metro Task Force
430 East Lancaster Avenue    #E 25
Radnor, PA 19087   ballotnow@aol.com
610-688-9471     fax  610-688-9471

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA


Deb Whitewood and Susan Whitewood,                    Civil Action
et al,                                    plaintiffs
v.
                                                      No. 13-1861-JEJ
Michael Wolf, in his official capacity as Secretary
of the Pennsylvania Department of Health,
et al                                    defendants


CERTIFICATE OF SERVICE


        I, James Schneller, hereby certify that I served  a true and correct copy of the
motion to file amended application, upon the parties, listed as follows, and the judge, by
e-mail, this day.


Robert J Grimm                    rgrimm@swartzcampbell.com
Swartz Campbell, LLC              tjezewski@swartzcampbell.com
600 Grant Street   Ste. 4750
Pittsburgh, PA 15219


Nathan D. Fox                     nfox@begleycarlin.com
Begley Carlin & Mandio LLP
680 Middletown Blvd.
Langhorne, PA 19047


William H. Lamb
Lamb McErlane P.C.                jfrank@lambmcerlane.com
24 East Market Street
P.O. Box 565
West Chester, PA 19381-0565


James D. Esseks                    jesseks@aclu.org
American Civil Liberties Union Foundation
125 Broad Street    18th Floor

New York, NY 10004

John S. Stapleton                         jstapleton@hangley.com
Dylan J. Steinberg
Hangley Aronchick Segal & Pudlin
One Logan Square   27th Floor
Philadelphia, PA 19103-6933

Leslie Cooper                            lcooper@aclu.org
American Civil Liberties Union Foundation
125 Broad Street     18th Floor
New York, NY 10004

Mary Catherine Roper                     mroper@aclupa.org
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106

Rebecca S. Melley                        rsantoro@hangley.com
Segal Pudlin & Schiller
One Logan Square   27th Floor
Philadelphia, PA 19103

Seth F. Kreimer                          skreimer@law.upenn.edu
3400 Chestnut Street
Philadelphia, PA 19144

Witold J. Walczak                        vwalczak@aclupa.org
American Civil Liberties Union of PA
313 Atwood Street
Pittsburgh, PA 15213


_____                    Date: March 16, 2014
James D. Schneller              pro se