# LAMB McERLANE PC

ATTORNEYS AT LAW

Joel L. Frank, Esquire
Telephone: 610-430-8000
Facsimile: 610-692-0877
Email: jfrank@lambmcerlane.com
Member of PA and FL Bars

April 2, 2014

**VIA CM/ECF**
The Honorable John E. Jones, III
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17101

Re: *Whitewood, et al. v. Wolf, et al.*
No: 1:13-cv-1861

Dear Judge Jones:

We request a brief telephonic status conference with Your Honor in light of several upcoming deadlines. If it fits within the Court's schedule, counsel are available this Friday at 10:00 a.m. We anticipate the call will last less than thirty (30) minutes.

Thank you for your consideration of this request.

Respectfully,

**LAMB McERLANE PC**

Joel L. Frank

JLF/cd
cc:  Mark A. Aronchick, Esquire (via ECF)
     Witold J. Walczak, Esquire (via ECF)
     Leslie Cooper, Esquire (via ECF)
     Mary Catherine Roper, Esquire (via ECF)
     M. Abbegael Giunta Deputy Attorney General (via ECF)
     Frank A. Chernak, Esquire (via ECF)
     John P. McLaughlin, Esquire (via ECF)
     William H. Lamb, Esquire