IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEB WHITEWOOD, *et al.*, | : | 1:13-cv-1861 |
| | : | |
| Plaintiffs, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| MICHAEL WOLF, *in his official capacity as Secretary, Pennsylvania Department of Health*, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### April 3, 2014

By way of a letter on the docket (Doc. 109), counsel for Defendants have requested a telephonic conference with the Court to discuss case management deadlines.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1.    The Court shall conduct a telephonic conference on Friday, April 4, 2014, at 10:00 a.m.

2.    Counsel for Plaintiffs shall advise the Court and Defendants' counsel of the dial-in number for the conference.[1]

---

[1]  The Court thanks Plaintiffs' counsel for obtaining and disseminating said number.

s/ John E. Jones III

John E. Jones III
United States District Judge