IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHITEWOOD, *et al.*,<br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>WOLF, *et al.*,<br>　　　　　　　Defendants. | **Civil Action**<br><br>**No. 13-1861-JEJ** |

## ORDER

　　　AND NOW, this ____ day of _____, 2014, upon consideration of Plaintiffs' Motion for Summary Judgment, supporting Brief, Statement of Uncontested Material Facts, and the exhibits thereto, and any opposition filed by Defendants, it is hereby ORDERED that Plaintiffs' Motion is GRANTED and judgment is entered in favor of Plaintiffs on all counts of their First Amended Complaint.  Accordingly:

　　　It is hereby DECLARED that Pennsylvania law prohibiting same-sex couples from marrying and treating as void the marriages of same-sex couples validly entered into in other jurisdictions, including 23 Pa. C.S. §§ 1102 and 1704, violates the Due Process Clause and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

　　　It is further ORDERED that Defendants are enjoined from enforcing Pennsylvania law prohibiting same-sex couples from marrying and treating as void

2

the marriages of same-sex couples validly entered into in other jurisdictions, including 23 Pa. C.S. §§ 1102 and 1704, or from otherwise denying same-sex couples the ability to marry or treating as void their existing marriages.

              BY THE COURT:

              _____
              Jones, J.