## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WHITEWOOD, *et al.*,

      Plaintiffs,

v.

WOLF, *et al.*,

      Defendants.

Civil Action

Case No. 13-cv-01861-JEJ

## ORDER GRANTING MOTION OF PENNSYLVANIA LEGISLATORS FOR LEAVE TO APPEAR AS *AMICI CURIAE*

AND NOW, this \_\_\_\_29th\_\_\_\_ day of \_\_April\_\_, 2014, upon consideration of the Motion of Pennsylvania Legislators for Leave to Appear as Amici Curiae and any opposition filed thereto, it is ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that the Clerk of Court docket the proposed brief (attached as Exhibit A to the Motion) and the brief's exhibits (attached as Exhibits B and C to the Motion).

By the Court:

_____
The Honorable John E. Jones III
United States District Judge