IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEB WHITEWOOD, *et al.*, | : | 1:13-cv-1861 |
| | : | |
| Plaintiffs, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| MICHAEL WOLF, *in his official capacity as Secretary, Pennsylvania Department of Health*, *et al.*, | : : : | |
| | : | |
| Defendants. | : | |

# ORDER

**May 20, 2014**

In conformity with the Memorandum Opinion issued on today's date, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment (Doc. 113) is **GRANTED** and Defendants' Motion for Summary Judgment (Doc. 116) is **DENIED**.

It is further **ORDERED** and **DECLARED** that Pennsylvania's Marriage Laws, 23 Pa. C.S. §§ 1102 and 1704, which prohibit same-sex marriage and treat as void the marriages of same-sex couples validly entered into in other jurisdictions **VIOLATE** the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution and are therefore **UNCONSTITUTIONAL**.

It is further **ORDERED** that the Defendants are **PERMANENTLY ENJOINED** from enforcing 23 Pa. C.S. §§ 1102 and 1704.

／s／ John E. Jones III
John E. Jones III
United States District Court