UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
June 26, 2014
CCO-096E

No. 14-3048

DEB WHITEWOOD; SUSAN WHITEWOOD; FREDIA HURDLE;
LYNN HURDLE; EDWIN HILL; DAVID PALMER; HEATHER POEHLER;
KATH POEHLER; FERNANDO CHANG-MUY; LEN RIESER; DAWN PLUMMER;
DIANA POLSON; ANGELA GILLEM; GAIL LLOYD; HELENA MILLER;
DARA RASPBERRY; RON GEBHARDTSBAUER; GREG WRIGHT; MARLA
CATTERMOLE; JULIA LOBUR; MAUREEN HENNESSEY; A. W. and; K. W., minor
children by and through their parents and next friends;
SANDY FERLANIE; CHRISTINE DONATO;

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF HEALTH;
DONALD PETRILLE, JR., in his official capacity as Register of Wills
and Clerk of Orphans' Court of Bucks County; DAN MEUSER

*Theresa Santai-Gaffney,
Appellant

(*Pursuant to Fed. R. App. P. 12(a))

(M.D. Pa. No. 1-13-cv-01861)

Present:  FUENTES, JORDAN and SHWARTZ, Circuit Judges

  1. Clerk Order Dated 6/18/14 for a Determination of Summary Action.

  2. Motion by Appellant Theresa Santai-Gaffney for Stay Pending Appeal.

  3. Response by Appellees Dan Meuser and Secretary Department of Health to the
     6/18/14 Clerk Order Listing Case for Possible Summary Action.

  4. Response by Appellee Deb Whitewood to the 6/18/14 Clerk Order Listing Case
     for Possible Summary Action.

  5. Response by Appellee Deb Whitewood to Appellant's Motion for Stay
     Pending Appeal.

  6. Appellant Theresa Santai-Gaffney's Opposition to Summary Action.

   7. Appellant Theresa Santai-Gaffney's Reply in Support of Motion for
Stay Pending Appeal.

                                      Respectfully,
                                      Clerk/tmk

_____ORDER_____

For essentially the reasons set forth in the Opinion of the District Court, the order denying the motion to intervene is summarily affirmed and the appeal is dismissed. Appellant's motion for stay pending appeal is dismissed as moot.

                                      By the Court,

                                      <u>s/ Patty Shwartz</u>
                                      Circuit Judge

Dated:   July 3, 2014
tmk/cc: all counsel of record