**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WHITEWOOD, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WOLF, *et al.*,<br><br>　　　　　　　Defendants. | **Civil Action**<br><br>**No. 13-1861-JEJ** |

## ORDER

AND NOW, this ____ day of August, 2014, upon consideration of Plaintiffs' Motion for Extension of Time to File Petition for Fees and Costs, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

Plaintiffs shall have until September 29, 2014 to file any petition for an award of fees and costs.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Jones, J.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHITEWOOD *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WOLF *et al.*, <br><br> Defendants. | **Civil Action** <br><br> **No. 13-1861-JEJ** |

**PLAINTIFFS' MOTION FOR EXTENSION OF
TIME TO FILE PETITION FOR FEES AND COSTS**

Plaintiffs respectfully move this Court for a thirty (30) day extension of time to file a petition for attorneys' fees and costs. In support, Plaintiffs assert:

1. By order dated May 20, 2014, this Court entered judgment in favor of Plaintiffs.

2. Through previously-filed unopposed motions for extensions of time, the Court has granted extensions to Plaintiffs to file any petition for fees and costs pursuant to section 1988 of title 42 of the United States Code. As stated in the prior motions, the purpose of such extensions was to enable the parties to attempt to resolve Plaintiffs' claim for attorneys' fees and costs without the need for a fee petition.

3. Unfortunately, last week, the parties realized they would not reach an agreement that would moot the need for Plaintiffs to file a petition for fees and costs and settlement discussions have now terminated.

4. Although Plaintiffs have provided extensive data and information to the Defendants, the assembly of a complete petition for fees and costs will take additional time and expenditure of substantial resources that Plaintiffs have avoided incurring during settlement discussions.

5. Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs another thirty (30) day extension of time to file a petition for fees and costs, making any such petition due on or before September 29, 2014.

6. Plaintiffs sought the consent of Defendants Secretary Michael Wolf, Secretary Dan Meuser and Register of Wills Donald J. Petrille, Jr. to this motion, but they do not agree with the relief requested herein.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion and extend Plaintiffs' deadline to file any petition for fees and costs by thirty (30) days until September 29, 2014.

Respectfully submitted,

Dated: August 28, 2014

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/ Mark A. Aronchick
    Mark A. Aronchick
    John S. Stapleton
    Dylan J. Steinberg
    Rebecca S. Melley
    One Logan Square, 27th Floor
    Philadelphia, PA 19103
    (215) 568-6200

    Helen E. Casale
    401 DeKalb Street, 4th Floor
    Norristown, PA 19401
    (610) 313-1670

ACLU FOUNDATION OF PENNSYLVANIA

By: /s/ Witold J. Walczak
    Witold J. Walczak
    313 Atwood Street
    Pittsburgh, PA 15213
    (412) 681-7736

    Mary Catherine Roper
    Molly Tack-Hooper
    P.O. Box 40008
    Philadelphia, PA 19106
    (215) 592-1513

James D. Esseks
Leslie Cooper
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Seth F. Kreimer
3400 Chestnut St.
Philadelphia, Pa. 19104
(215) 898-7447

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHITEWOOD, *et al.*,  Plaintiffs,  v.  WOLF, *et al.*,  Defendants. | **Civil Action**  **No. 13-1861-JEJ** |

### CERTIFICATE OF NON-CONCURRENCE

I, Mark A. Aronchick, hereby certify pursuant to Local Civil Rule 7.1 that counsel for Plaintiffs sought concurrence in the foregoing motion from counsel for Defendants Wolf, Meuser and Petrille. Counsel for Defendants Wolf, Meuser and Petrille responded that they do not agree to Plaintiffs' motion.

Dated: August 28, 2014            /s/ Mark A. Aronchick
                                  Mark A. Aronchick

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2014, that I caused the foregoing Plaintiffs' Motion for Extension of Time to File Petition for Fees and Costs to be filed electronically using the Court's electronic filing system, and that the filing is available to counsel for all parties for downloading and viewing from the electronic filing system.

/s/ Mark A. Aronchick
Mark A. Aronchick
