IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEB WHITEWOOD, *et al.,* | : | 1:13-cv-1861 |
| | : | |
| Plaintiffs, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| MICHAEL WOLF, *in his official* | : | |
| *capacity as Secretary, Pennsylvania* | : | |
| *Department of Health*, *et al.,* | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**September 4, 2014**

Before the Court is the Plaintiffs' Motion for Extension of Time to File

Petition for Fees and Costs (Doc. 161), filed on August 28, 2014.  Plaintiffs seek

an extension until September 29, 2014 to file any petition for an award of fees and

costs.  While we understand and appreciate that the Defendants oppose Plaintiffs'

request for an extension (Doc. 164), in our view it is appropriate to grant Plaintiffs

the requested extension, and we shall do so herein.

Upon reflection, in occurs to us that counsel and the parties may benefit

from a mediation on the issue of attorneys fees and costs, and we are willing to

immediately refer this matter to a United States Magistrate Judge for that purpose

if the parties are so inclined.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1.   Plaintiffs' Motion for Extension of Time to File Petition for Fees and
     Costs (Doc. 161) is **GRANTED**. Any petition for an award of fees
     and costs shall be filed by September 29, 2014.

2.   If the parties desire to have this matter referred to a United States
     Magistrate Judge for the purposes of conducting a mediation on the
     issue of attorneys fees and costs, they shall file a letter on the docket
     within five (5) days of the date of this Order so advising the Court.


                              s/ John E. Jones III
                              John E. Jones III
                              United States District Court