# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEB WHITEWOOD, et al.,** | : | CIVIL NO. 1:13-CV-1861 |
| | : | |
| Plaintiffs | : | (Judge Jones) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **MICHAEL WOLF,** *in his official capacity as Secretary, Pennsylvania Department of Health*, **et al.**, | : : : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, 18th day of September, 2014, **IT IS HEREBY ORDERED THAT** a settlement conference shall be conducted in the above-captioned action on **November 12, 2014, at 1:00 p.m.**, in the undersigned's chambers, 11th Floor, United States Courthouse, Harrisburg, Pennsylvania. All persons having settlement authority <u>shall be present</u> on the date and time of the conference.

By **November 7, 2014**, the parties shall submit to the undersigned, *U.S. mail or electronic mail*, at:

[Chambers_of_Magistrate_Judge_Martin_Carlson@pamd.uscourts.gov](mailto:Chambers_of_Magistrate_Judge_Martin_Carlson@pamd.uscourts.gov)

a brief, concise and confidential settlement memorandum setting forth the parties' assessment of the case, and settlement recommendations.

In addition, by **November 7, 2014**, the parties shall commence the settlement process by exchanging an initial demand by the plaintiff, and an initial counter-offer by the defendants. The parties' confidential memoranda should update the Court on the status of these initial settlement discussions.

*S/MARTIN C. CARLSON*
MARTIN C. CARLSON
United States Magistrate Judge