# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEB WHITEWOOD and SUSAN WHITEWOOD, FREDIA HURDLE and LYNN HURDLE, EDWIN HILL and DAVID PALMER, HEATHER POEHLER and KATH POEHLER, FERNANDO CHANG-MUY and LEN RIESER, DAWN PLUMMER and DIANA POLSON, ANGELA GILLEM and GAIL LLOYD, HELENA MILLER and DARA RASPBERRY, RON GEBHARDTSBAUER and GREG WRIGHT, MARLA CATTERMOLE and JULIA LOBUR, SANDY FERLANIE and CHRISTINE DONATO, MAUREEN HENNESSEY, and A.W. AND K.W., minor children, by and through their parents and next friends, DEB WHITEWOOD and SUSAN WHITEWOOD,<br><br>**Plaintiffs,**<br><br>v.<br><br>MICHAEL WOLF, in his official capacity as Secretary, Department of Health; DAN MEUSER, in his official capacity as Secretary, Department of Revenue; and DONALD PETRILLE, JR., in his official capacity as Register of Wills and Clerk of Orphans' Court of Bucks County,<br><br>**Defendants.** | **Civil Action**<br><br>**No. 13-1861-JEJ** |

**<u>ORDER</u>**

- 2 -

     Having read and considered plaintiffs' motion to discontinue and close this action, there being no remaining unresolved issues and no opposition by the defendants, it is on this **3rd** day of **February**, 2015, hereby ORDERED that the clerk be and hereby is directed to mark this action as discontinued and closed.

                                                      _____
                                                     John E. Jones, III