UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 14-2871 & 14-3049
_____

DEB WHITEWOOD; SUSAN WHITEWOOD; FREDIA HURDLE; LYNN HURDLE;
EDWIN HILL; DAVID PALMER; HEATHER POEHLER; KATH POEHLER;
FERNANDO CHANG-MUY; LEN RIESER; DAWN PLUMMER; DIANA POLSON;
ANGELA GILLEM; GAIL LLOYD; HELENA MILLER; DARA RASPBERRY;
RON GEBHARDTSBAUER; GREG WRIGHT; MARLA CATTERMOLE;
JULIA LOBUR; MAUREEN HENNESSEY; A.W. and; K.W., minor children, by the
through their parents and next friends, Deb Whitewood and Susan Whitewood;
SANDY FERLANIE; CHRISTINA DONATO

v.

SECRETARY PENNSYLVANIA DEPARTMENT OF HEALTH;
DONALD PETRILLE, JR., in his official capacity as Register of Wills and Clerk of
Orphans' Court of Bucks County; DAN MEUSER

*James D. Schneller; **Philadelphia Metro Task Force,
Appellants

(*Pursuant to Fed. R. App. P. 12(a))
(**Dismissed pursuant to Court's Order dated 01/02/2015)
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1-13-cv-01861)
District Judge:  Honorable John E. Jones, III
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 1, 2015

Before: FUENTES, SHWARTZ and ROTH, Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on July 1, 2015.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered April 24, 2014, be and the same is hereby affirmed in part and vacated in part, and that C.A. No. 14-3049 is dismissed.  Costs will not be taxed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

DATED: July 29, 2015

Certified as a true copy and issued in lieu of a formal mandate on ___August 31, 2015

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**

2